FILED

OCT 14 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS SANTANA-SALGADO,<br><br>Defendant. | CR 16-21-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Withdraw as Attorney of Record (Doc. 31), and for good cause appearing,

**IT IS HEREBY ORDERED** that the FEDERAL DEFENDERS OF MONTANA and GILLIAN GOSCH be relieved of all legal duties to Jose Luis Santana-Salgado and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. § 3006A.

Further, pursuant to the Criminal Justice Act, *supra*, Kelly Varnes, CJA Panel Attorney, is appointed for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of October, 2016.

SUSAN P. WATTERS
United States District Judge